## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Kristine Lovaas,                                               **Civil No. 06-3115 (RHK/AJB)**

      Plaintiff,                                            **ORDER**

vs.

The CBE Group, Inc.,

      Defendant.

---

Pursuant to the parties' Stipulation (Doc. No. 17), **IT IS ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 26, 2007

                                                     s/Richard H. Kyle
                                                     RICHARD H. KYLE
                                                     United States District Judge